**CERTIFICATE OF SERVICE**

I, Andrea M. Kirshenbaum, hereby certify that on this 12th day of March 2024, the foregoing Answer and Affirmative Defenses to Plaintiff's Amended Complaint was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Plaintiff's counsel of record as follows:

C. Reginald Johnson, Esq.
123 South Broad Street, Suite 1544
Philadelphia, PA 19109-1029
crjlaw@yahoo.com

Douglas K. Jenkins, Esq.
123 South Broad Street, Suite 1544
Philadelphia, PA 19109-1029
djenkins@jenkinslawpractice.com

*s/ Andrea M. Kirshenbaum*
Andrea M. Kirshenbaum